## No. 8472.

### C. CHAFFE, JR., SYNDIC, vs. MRS. C. FORCHEIMER ET AL.

Where a wife has separate property, of which she desires to have her right to the administration recognized free from the interference of her husband therein, on account of the disordered condition of her husband's affairs, these facts entitle her to a judgment of separation of property, and such judgment, if she has possession of the property, would not require execution.

If, in addition thereto, she claims and recovers a monied judgment against her husband, the failure to execute the latter would be a cause of nullity of said monied judgment, but not of the judgment of separation itself and consequent dissolution of the community, to which she was entitled independently of her monied claim.

APPEAL from the Tenth District Court, Parish of Red River. Logan, J.

---

M. S. Jones for Plaintiff and Appellant.

L. B. Watkins for Defendants and Appellees.

---

The opinion of the Court was delivered by TODD. J.

---

On the rehearing by FENNER, J.